**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LIGHTING SCIENCE GROUP
CORPORATION,

      Plaintiff,

v.

SEA GULL LIGHTING PRODUCTS LLC,
and GENERATION BRANDS LLC,

      Defendants.                Case Nos.: 6:16-cv-00338-Orl-37GJK
                                          6:16-cv-00413-Orl-37GJK
                                          6:16-cv-00434-Orl-37GJK
                                          6:16-cv-00677-Orl-37GJK
                                          6:16-cv-00679-Orl-37GJK
                                          6:16-cv-00680-Orl-37GJK
                                          6:16-cv-00681-Orl-37GJK
                                          6:16-cv-01084-Orl-37GJK
                                          6:16-cv-01087-Orl-37GJK
                                          6:16-cv-01228-Orl-37GJK
                                          6:16-cv-01255-Orl-37GJK
                                          6:16-cv-01256-Orl-37GJK
                                          6:16-cv-01320-Orl-37GJK
                                          6:16-cv-01321-Orl-37GJK

_____/

**PLAINTIFF'S SUPPLEMENTAL NOTICE OF PENDENCY OF OTHER ACTIONS**

      In accordance with Local Rule 1.04(d), I certify that the instant action:

 X      IS      related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

              Lighting Science Group Corporation v. Sea Gull Lighting Products LLC
              6:16-cv-338-Orl-37GJK
              Lighting Science Group Corporation v. Globalux Lighting LLC
              6:16-cv-681-Orl-37GJK

Lighting Science Group Corporation v. EEL Company, Ltd.
6:16-cv-680-Orl-37GJK
Lighting Science Group Corporation v. SELS USA LLC
6:16-cv-679-Orl-37GJK
Lighting Science Group Corporation v. Sunco Lighting, Inc.
6:16-cv-677-Orl-37GJK
Lighting Science Group Corporation v. Nicor, Inc.
6:16-cv-413-Orl-37GJK
Lighting Science Group Corporation v. Hyperikon, Inc.
6:16-cv-343-Orl-37GJK
Lighting Science Group Corporation v. American De Rosa Lamparts, LLC
6:16-cv-1087-Orl-37KRS
Lighting Science Group Corporation v. Hubbell Incorporated et al.
6:16-cv-1084-Orl-37GJK
Lighting Science Group Corporation v. Technical Consumer Products, Inc.
6:16-cv-1255-Orl-37GJK
Lighting Science Group Corporation v. Titch Industries, Inc. et al.
6:16-cv-1228-Orl-37GJK
Lighting Science Group Corporation v. Amax Lighting
6:16-cv-1321-Orl-37GJK
Lighting Science Group Corporation v. Wangs Alliance Corporation et al.
6:16-cv-1320-Orl-37GJK
Lighting Science Group Corporation v. Satco Products, Inc. dba Nuvo
Lighting - 6:16-cv-1256-Orl-37GJK

Lighting Science Group Corporation v. Panor Corporation
6:16-cv-678-Orl-37GJK (closed)
Lighting Science Group Corporation v. U.S.A. Light and Electric, Inc.
6:16-cv-344-Orl-40GJK (closed)
Lighting Science Group Corporation v. Cree, Inc.
6:13-cv-587-Orl-37GJK (closed)
Lighting Science Group Corporation v. Cooper Lighting, LLC
6:14-cv-195-Orl-37GJK (closed)

Lighting Science Group Corporation v. Shenzhen Jiawei Photovoltaic
Lighting Co., Ltd. et al., U.S. District Court California Northern District,
3:16-cv-03886-LB

Generation Brands LLC v. Lighting Science Group Corporation, IPR2016-
01458


___      IS NOT      related to any pending or closed civil or criminal case filed with this Court,
or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated: August 11, 2016.

/s/ Mark F. Warzecha
Mark F. Warzecha, Esq.
Florida Bar No. 0095779
**WIDERMAN MALEK, PL**
1990 W. New Haven Avenue, Suite 201
Melbourne, Florida 32904
Telephone:   321-255-2332
Facsimile:   321-255-2351
MFW@USLegalTeam.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 11, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system.   I further certify that the foregoing document is being served this date on all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Mark F. Warzecha
Mark F. Warzecha